Peter Kristofer Strojnik, State Bar No. 242728
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 865-7788
strojnik@skplaw.com

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>Napa Junction Retail, LLC<br><br>Defendant. | Case No: 3:16-cv-4161-TEH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke hereby dismisses all claims against all Defendants with prejudice in the above entitled action, with each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 27th day of October, 2016.

**THE STROJNIK FIRM L.L.C.**

Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff